

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00044-CV

Arthur **CAMPBELL**,
Appellant

v.

**WESTOVER FOREST HOMEOWNERS ASSOCIATION INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 385334
Honorable Irene Rios, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against Appellant Arthur Campbell.

SIGNED April 2, 2014.

_____
Karen Angelini, Justice